# IN THE SUPREME COURT OF MISSISSIPPI

## NO. 2012-CT-00597-SCT

*EXSO CHANDLER a/k/a EXO CHANDLER, JR.*

*v.*

*MISSISSIPPI DEPARTMENT OF CORRECTIONS*
*AND MISSISSIPPI PAROLE BOARD*

### ON WRIT OF CERTIORARI

| | |
|---|---|
| DATE OF JUDGMENT: | 03/15/2012 |
| TRIAL JUDGE: | HON. BETTY W. SANDERS |
| TRIAL COURT ATTORNEYS: | EXSO CHANDLER (PRO SE) |
| | R. STEWART SMITH, JR. |
| | JIM NORRIS |
| COURT FROM WHICH APPEALED: | SUNFLOWER COUNTY CIRCUIT COURT |
| ATTORNEY FOR APPELLANT: | EXSO CHANDLER (PRO SE) |
| ATTORNEY FOR APPELLEE: | OFFICE OF THE ATTORNEY GENERAL |
| | BY:  ANTHONY L. SCHMIDT, JR. |
| NATURE OF THE CASE: | CIVIL - STATE BOARDS AND AGENCIES |
| DISPOSITION: | THE JUDGMENT OF THE COURT OF APPEALS IS REVERSED AND THE JUDGMENT OF THE SUNFLOWER COUNTY CIRCUIT COURT IS VACATED - 03/06/2014 |
| MOTION FOR REHEARING FILED: | |
| MANDATE ISSUED: | |

**EN BANC.**

**DICKINSON, PRESIDING JUSTICE, FOR THE COURT:**

¶1.    Exso Chandler pleaded guilty to selling cocaine.  He later filed a motion in the Sunflower County Circuit Court, challenging the denial of his parole.  The Sunflower County Circuit Court deemed Chandler ineligible for parole, which the Court of Appeals affirmed. But, because Scott County – where Chandler pleaded guilty and received his sentence – had

exclusive, original jurisdiction to hear and determine his petition for post-conviction relief, we vacate the order and reverse the decision of the Court of Appeals without prejudice to Chandler's right to file his motion in the proper court.

¶2.     **THE JUDGMENT OF THE COURT OF APPEALS IS REVERSED AND THE JUDGMENT OF THE SUNFLOWER COUNTY CIRCUIT COURT IS VACATED.**

**WALLER, C.J., RANDOLPH, P.J., LAMAR, KITCHENS, CHANDLER, PIERCE, KING AND COLEMAN, JJ., CONCUR**.